**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TAY T. LE,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED DEBT SETTLEMENT, LLC,<br><br>        Defendant. | Case No.  24-cv-09421-BLF<br><br>**ORDER TO SHOW CAUSE WHY SETTLEMENT FUNDS HAVE NOT BEEN PAID; AND SETTING IN-PERSON HEARING ON JULY 16, 2026 AT 9:00 A.M.**<br><br>[Re:  ECF 56] |

Defendant is ORDERED TO SHOW CAUSE, in writing and by July 7, 2026, why the settlement funds have not been paid to Plaintiff.  A Show Cause Hearing IS SET for an in-person hearing on July 16, 2026 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  June 23, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California